ATHOL NATIONAL BANK *vs.* HINGHAM MANUFACTURING COMPANY.

Suffolk.    Nov. 16. — Dec. 2, 1876.    COLT, AMES & ENDICOTT, JJ., absent.

The holder of a promissory note, made by a corporation, is not debarred from taking judgment against the corporation, by proceedings in bankruptcy against the corporation.

The holder of a promissory note is not debarred from recovering judgment thereon against the maker by proving it in bankruptcy against an indorser.

CONTRACT on a promissory note signed by the defendant as maker, and by A. C. Cushing, D. Whiton and E. P. Dunbar, as indorsers. Writ dated December 17, 1875. The case was submitted to the Superior Court, and, after judgment for the plaintiff, to this court on appeal, on an agreed statement of facts in substance as follows:

The defendant was adjudged a bankrupt in the District Court of the United States for the District of Massachusetts on October 20, 1875. The plaintiff, at the first meeting of creditors, on November 10, 1875, proved the note against the estate of the defendant in bankruptcy. At the date of the writ, the second and third general meetings of creditors had been held, and the estate was still pending in bankruptcy, unsettled.

After the adjudication in bankruptcy of the defendant, D. Whiton was adjudged a bankrupt, and, under the composition clauses of the United States bankrupt act, effected a composition with his creditors, which was accepted, confirmed and recorded, and he paid his creditors the dividend named in the composition, and paid the plaintiff the dividend on the note aforesaid, on account of his liability as indorser.

A. C. Cushing and E. P. Dunbar were also adjudged bankrupts, and their cases were still pending unsettled, the first general meeting only of creditors having been held in each case. In each case, the plaintiff proved the note against the estate of the bankrupt, as indorser.

On the foregoing facts, such judgment was to be entered as the case required.

*R. M. Morse, Jr. & R. Stone, Jr.,* for the plaintiff.

*S. B. Allen & J. D. Long,* for the defendant.

BY THE COURT. The plaintiff is not debarred from taking judgment against the corporation as maker of the note sued on, either by the proceedings in bankruptcy against the corporation, or by his having proved the note in bankruptcy against the indorsers. *Munson* v. *Boston, Hartford & Erie Railroad,* 120 Mass. 81. *Sohier* v. *Loring,* 6 Cush. 537.

*Judgment affirmed.*